IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLES J. BOERNGEN,<br><br>              Plaintiff,<br><br>vs.<br><br>NEBRASKA PUBLIC POWER DISTRICT, a political subdivision,<br><br>              Defendant. | **8:22CV253**<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Joint Motion to Dismiss (Filing No. 38). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice with costs taxed to the parties incurring the same.

Dated this 1st day of July, 2024.

                                              BY THE COURT:

                                              s/ Joseph F. Bataillon
                                              Senior United States District Judge